# EXHIBIT 7

**NOVACLOUD V. IBM**

**EXHIBIT 7: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | IBM Accused Instrumentality(ies) |
| --- | --- |
| [1Pre]: 1. A method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising: | IBM practices this claim limitation. IBM performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising" the steps described below.<br><br>For example, IBM's Cloud DNS Services operates within a fixed access communications network, IBM Cloud, and selects from a plurality of edge nodes, as shown below.<br><br>IBM Cloud® DNS Services provides global load balancing as a service that offers you high availability and geographical distribution of your traffic, based on the health of your origin servers and the geographical region where the user request originates.<br><br>For example, in a DNS zone `example.com`, a DNS hostname of `api.example.com` is created as a global load balancer. The hostname `api.example.com` can resolve to different IP addresses based on the location of the requester and the health of the origins. If any or all of the origins (based on policy) are not available in one region, then healthy origins from different regions are returned in response to the DNS query. This ensures a high degree of availability of the hostname `api.example.com`. It also ensures that the load is geographically distributed among different origins and routed regionally.<br><br>**Source**: https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-global-load-balancers&interface=ui<br><br>DNS Services also maintains its own worldwide set of DNS resolvers. Instances that are provisioned under IBM Cloud on an IBM Cloud network can use resource records that are configured through IBM Cloud DNS Services by querying DNS Services resolvers.<br><br>**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-about-dns-services&interface=ui |
| [1a]: at a selection node, receiving from a host entity a request for a network service; | IBM practices this claim limitation. IBM performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… at a selection node, receiving from a host entity a request for a network service."<br><br>For example, IBM's Cloud DNS Services functions as a selection node that receives requests for network services from client devices as shown below. |

**NOVACLOUD V. IBM**

**EXHIBIT 7: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | IBM Accused Instrumentality(ies) |
| --- | --- |
| | For example, in a DNS zone `example.com`, a DNS hostname of `api.example.com` is created as a global load balancer. The hostname `api.example.com` can resolve to different IP addresses based on the location of the requester and the health of the origins. If any or all of the origins (based on policy) are not available in one region, then healthy origins from different regions are returned in response to the DNS query. This ensures a high degree of availability of the hostname `api.example.com`. It also ensures that the load is geographically distributed among different origins and routed regionally.<br>**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-global-load-balancers&interface=ui |
| [1b]: obtaining, from a dynamically updated database, data comprising information relating to the status and capabilities of each edge node of the plurality of edge nodes; | IBM practices this claim limitation. IBM performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… obtaining, from a dynamically updated database, data comprising information relating to the status and capabilities of each edge node of the plurality of edge nodes."<br><br>For example, IBM's Cloud DNS Service obtains data from a dynamically updated database in the form of IBM cloud logs, which contain detailed health status and capabilities information for each edge node, as shown below.<br><br>IBM Cloud® Log Analysis manages system and application logs in the IBM Cloud. You can use this service to access health check events for your origin pools and origin servers. For more information, see the Getting started tutorial for IBM Cloud Log Analysis.<br>**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-health-check-events&interface=ui<br><br>When using global load balancing, you can create a health check to specify how the origin's health is monitored. Health check events are status changes from monitored origin pools and their associated origin servers. If an origin's status changes, a new event is recorded with the event's description.<br>**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-health-check-events&interface=ui |

**NOVACLOUD V. IBM**

**EXHIBIT 7: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | IBM Accused Instrumentality(ies) |
|---|---|
| | **Note:** When you first create an origin pool, its status is `Critical` and the origin's status is `Down` because the initial health check has not completed yet. The status updates after the health check for the origin completes successfully.<br><br>**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-global-load-balancers&interface=ui |

- `origins`: An array of objects representing the origin servers associated with the origin pool. For example:

```
[
    {
        "name": "web-server1",
        "address": "10.240.0.4",
        "enabled": true,
        "healthy": true,
        "overall_health": true,
        "health_failure_reason": "SUCCESS",
        "changed": true
    },
    {
        "name": "web-server2",
        "address": "10.240.100.4",
        "enabled": true,
        "overall_health": false,
        "health_failure_reason": "CONNECTION_ERROR",
        "changed": false
    }
 ]
```

Show less

**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-health-check-events&interface=ui

<table>
<tr><th>Claim</th><th>IBM Accused Instrumentality(ies)</th></tr>
<tr><td></td><td>

• pool: An object that represents the origin pool for which the health check event was generated. For example:

```
{
    "id": "987f3f96-c077-4124-87eb-846dc026e383",
    "name": "us-south-pool",
    "healthy_origins_threshold": 1,
    "enabled": true,
    "healthy": "DEGRADED",
    "changed": false
}
```

**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-health-check-events&interface=ui

The following table describes the possible statuses that you might see in your origins, origin pools, and global load balancers.

| Feature | Status | Definition |
|---|---|---|
| Origin | up down | **Up**: The origin is functioning normally. **Down**: The origin is down. At least 50% of the origin's health checks must be up for origin health to remain healthy. |
| Origin pool | healthy degraded critical | **Healthy**: All of the origins in the pool are up. **Degraded**: At least one origin status is down. **Critical**: The number of healthy origins in the pool is less than the healthy origin pool threshold. For example, if your threshold is 2, and only one origin is up, the pool status is **Critical**. |

**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-global-load-balancers&interface=ui

</td></tr>
</table>

**NOVACLOUD V. IBM**

**EXHIBIT 7: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | IBM Accused Instrumentality(ies) |
|---|---|
| | In IBM® Cloud Logs, you can use dashboards to monitor related data through different types of data visualizations, also known as widgets.<br><br>With IBM® Cloud Logs you can create unlimited, personalized **custom dashboards** and group them in folders.<br><br>**Source:** https://cloud.ibm.com/docs/cloud-logs?topic=cloud-logs-about_dashboards#about_datatable<br><br>Dashboards can be created to meet your specific observability needs by adding visualization widgets.<br><br>Custom dashboard are comprised of widgets. You can add one or more widgets to a dashboard. Each widget supports different data types: logs or metrics. The timeframe configured for the dashboard is applied to all the widgets.<br><br>You can then query your data by using the **Filter** and **Variable** capabilities.<br><br>Dashboards can include one or more of the following visualizations:<br><br>• Data table<br><br>**Source:** https://cloud.ibm.com/docs/cloud-logs?topic=cloud-logs-about_dashboards#about_datatable |
| [1c]: on the basis of the retrieved data, selecting an edge node from the plurality of edge nodes, the selected edge node providing a path between the host entity and the requested network service; and | IBM practices this claim limitation. IBM performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… on the basis of the retrieved data, selecting an edge node from the plurality of edge nodes, the selected edge node providing a path between the host entity and the requested network service."<br><br>For example, as shown below, IBM Cloud DNS Services selects an edge node based on its health status and geographic location and provides a path to the requested service. IBM performs this limitation by applying multiple selection criteria with health status being a primary consideration. The selected edge nodes provide a path between the host entity and the requested service as DNS queries are resolved to direct the traffic appropriately. |

**NOVACLOUD V. IBM**

**EXHIBIT 7: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | IBM Accused Instrumentality(ies) |
|---|---|
| | For example, in a DNS zone `example.com`, a DNS hostname of `api.example.com` is created as a global load balancer. The hostname `api.example.com` can resolve to different IP addresses based on the location of the requester and the health of the origins. If any or all of the origins (based on policy) are not available in one region, then healthy origins from different regions are returned in response to the DNS query. This ensures a high degree of availability of the hostname `api.example.com`. It also ensures that the load is geographically distributed among different origins and routed regionally.<br>**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-global-load-balancers&interface=ui<br><br>The DNS resolver uses the following order to return origins from the origin pool.<br><br>Location policy > Default policy > Fallback policy<br><br>The location policy (if one is defined in the AZ), has the highest priority and is used first. If every origin pool in the location policy is down, then the DNS resolver uses origin pools from default policy. If all of the origin pools in the default policy are also down, then the DNS resolver goes to the origin pool designated in the fallback policy.<br>**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-global-load-balancers&interface=ui<br><br>Creating a global load balancer with origin health monitoring combines high availability with geographic load balancing for mission-critical applications. This workflow ensures that traffic is routed only to healthy origins.<br>**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-global-load-balancers&interface=ui<br><br>(6) Give the origin a **Name** and **Address**. Click **Add** to add more pools, and move the toggle to switch the pool off or on. Traffic that is directed at this pool is balanced across all currently healthy origins, provided that the pool itself is healthy. Health checks exclude disabled origins.<br><br>(7) Select the **Healthy origin threshold**, which is the minimum number of origins that must be healthy for this pool to serve traffic. If the number of healthy origins falls below this number, the pool is marked unhealthy and fails over to the next available pool. The default value is `1`.<br>**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-global-load-balancers&interface=ui |

| Claim | IBM Accused Instrumentality(ies) |
|---|---|
| [1d]: sending a response to the host entity, the response including information identifying the selected edge node. | IBM practices this claim limitation. IBM performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… sending a response to the host entity, the response including information identifying the selected edge node."<br><br>For example, IBM sends a response to the host entity that contains IP addresses identifying the selected origin server to allow the host entity to establish a communication path with the selected edge node, as shown below.<br><br>For example, in a DNS zone `example.com`, a DNS hostname of `api.example.com` is created as a global load balancer. The hostname `api.example.com` can resolve to different IP addresses based on the location of the requester and the health of the origins. If any or all of the origins (based on policy) are not available in one region, then healthy origins from different regions are returned in response to the DNS query. This ensures a high degree of availability of the hostname `api.example.com`. It also ensures that the load is geographically distributed among different origins and routed regionally.<br>**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-global-load-balancers&interface=ui<br><br>The resulting DNS response that is based on a global load balancer might only contain the necessary A or AAAA records, referring to the load-balanced IP addresses. However, the configuration of other items that a global load balancer depends on can also affect the TTL in the DNS response. This is especially true when there are origins with an address which refers to a CNAME resource record that is part of a CNAME chain to the desired A or AAAA resource record.<br>**Source:** https://cloud.ibm.com/docs/dns-svcs?topic=dns-svcs-global-load-balancers&interface=ui |