# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NOVACLOUD LICENSING, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>    Defendant. | CA No. 2:25-cv-00700-JRG-RSP<br><br>JURY TRIAL |

**PLAINTIFF NOVACLOUD LICENSING, LLC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT
CONTENTIONS AND DOCUMENT PRODUCTION (P.R. 3-1 AND P.R. 3-2)**

Plaintiff, NovaCloud Licensing, LLC ("NovaCloud"), through its counsel, respectfully file this Unopposed Motion for Extension of Time to Serve Infringement Contentions and Document Production (P.R. 3-1 and P.R. 3-2), and would show the Court as follows:

Pursuant to the Court's Order Setting the Scheduling Conference (Dkt. 12) these are due September 16, 2025. NovaCloud respectfully seeks a 3-day extension of time up to and including September 19, 2025, for NovaCloud to serve its infringement contentions and document production.

Dated: September 15, 2025

Respectfully submitted,

**MCKOOL SMITH, P.C.**

/s/ *Stone A. Martin*
John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
Stone A. Martin
Texas State Bar No. 24143713
smartin@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street Suite 2100

Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@McKoolSmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9002
Facsimile: (903) 923-9099

Nicholas M. Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Clara Bourget
cbourget@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

**ATTORNEYS FOR PLAINTIFF
NOVACLOUD LICENSING, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on September 15, 2025.

/s/ *John Campbell*
John Campbell