# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NOVACLOUD LICENSING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | CA No.  2:25-cv-00700-JRG-RSP <br><br> JURY TRIAL |

### ORDER ON PLAINTIFF NOVACLOUD LICENSING, LLC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT CONTENTIONS AND DOCUMENT PRODUCTION (P.R. 3-1 AND P.R. 3-2)

Before the Court is Plaintiff, NovaCloud Licensing, LLC's ("NovaCloud") Unopposed Motion for Extension of Time to Serve Infringement Contentions and document production (P.R. 3-1 and P.R. 3-2). After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

The Court **ORDERS** that the deadline for the Parties to serve their infringement contentions and document production is **extended** up to and including September 19, 2025.