# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NOVACLOUD LICENSING, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>*Defendant*. | Case No. 2:25-cv-00700-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Before the Court is Defendant International Business Machines Corporation's ("IBM") Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6). The Court, having considered the same, **ORDERS** as follows:

Defendant's Motion to Dismiss is **GRANTED** in its entirety.

Claims 1–17 of U.S. Patent No. 8,407,348 are invalid for claiming subject matter that is ineligible for patenting under 35 U.S.C. § 101.

As such, Plaintiff's claims based on U.S. Patent No. 8,407,348 are dismissed with prejudice.

Additionally, Plaintiff's allegations of pre-suit willful infringement and pre-suit induced infringement as to the remaining asserted patents are also dismissed with prejudice.

**IT IS SO ORDERED.**