**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

NOVACLOUD LICENSING, LLC,    §
　　　　　　*Plaintiff*,    §
　　　　　　　　　　§
v.    §
　　　　　　　　　　§　　CASE NO. 2:25-CV-00700-JRG-RSP
INTERNATIONAL BUSINESS    §
MACHINES CORP.,    §
　　　　　　*Defendant*.    §
　　　　　　　　　　§

**ORDER**

It is **ORDERED** that David Keyzer is hereby appointed as the Court's technical advisor in the above-captioned case, with his fees and expenses to be assessed equally between Plaintiff and Defendant and timely paid as billed. Mr. Keyzer's contact information is as follows:

David Keyzer
Law Office of David Keyzer, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Phone: (916) 243-5259
Email: david@keyzerlaw.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to david@keyzerlaw.com. If the document was filed with the Court, the copy must include the CM/ECF header. For claim construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Keyzer within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Keyzer no later than one business day after filing future claim construction material.

　　**SIGNED this 2nd day of June, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE