**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVACLOUD LICENSING, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**INTERNATIONAL BUSINESS MACHINES CORP.,**<br><br>**Defendant.** | **No. 2:25-cv-00700-JRG-RSP**<br><br>**JURY TRIAL** |

**PARTIES' JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO P.R. 4-3**

Pursuant to the Court's Fifth Amended Docket Control Order (Dkt. 80), Plaintiff NovaCloud Licensing, LLC ("NovaCloud") and Defendant International Business Machines Corp. ("IBM") (collectively, the "Parties") hereby provide their Joint Claim Construction and Prehearing Statement, pursuant to P.R. 4-3, for the terms and phrases appearing in the asserted claims of U.S. Patent Nos. 8,401,028 ("the '028 Patent"); 8,407,348 ("the '348 Patent"); 9,225,651 ("the '651 Patent"); 9,491,063 ("the '063 Patent"); 9,900,262 ("the '262 Patent"); and 10,691,480 ("the '480 Patent").

## I. LIST OF AGREED CONSTRUCTIONS

The Parties agree as to the construction of the following terms and/or phrases.

### A. '028 Patent

| Claim Term | Claim Nos. | Agreed Construction |
|---|---|---|
| "Edge node" | 1-7, 9-12 | "Network node positioned at the edge of a network between the host entity and the requested network service" |

### B. ’651 Patent

| Claim Term | Claim Nos. | Agreed Construction |
|---|---|---|
| Order of steps | 1, 9, 17 | The “select” / “selecting” step must occur before the “determine” / “determining” step, which must occur before the “update” / “updating” step. |

### C. ’063 Patent

| Claim Term | Claim Nos. | Agreed Construction |
|---|---|---|
| “Steering module” | 1-26 | “Module that steers packets between services in a network” |
| “Topological location” | 1-26 | “The location of a service instance in a network topology” |

### D. ’480 Patent

| Claim Term | Claim Nos. | Agreed Construction |
|---|---|---|
| “Injection VM” | 1-16 | “Special-purpose virtual machine that is injected into a virtual application to configure and monitor the virtual application.” |

## II. LIST OF DISPUTED TERMS OR PHRASES FOR CONSTRUCTION

The Parties’ proposed constructions of disputed terms are provided in the chart below. The Parties’ proposed constructions are also set forth in the accompanying **Exhibit A**, along with the intrinsic and extrinsic evidence on which the parties intend to rely.

### A. ’348 Patent

| Term No. | Claim Term/Phrase | NovaCloud’s Proposed Construction | IBM’s Proposed Construction |
|---|---|---|---|
| 1 | “activity threshold value”<br><br>(Claims 1-3, 5-15, 17) | Plain and ordinary meaning, e.g., not indefinite and no further construction necessary. | Threshold number of packets that is used to determine if a service is deemed active or inactive. |
| 2 | “loading”<br><br>(Claims 1-3, 5-15, 17) | Plain and ordinary meaning, e.g., not indefinite and no further construction necessary. | Percentage of the bandwidth of the service used against that which is actually available. |

| Term No. | Claim Term/Phrase | NovaCloud's Proposed Construction | IBM's Proposed Construction |
|---|---|---|---|
| 3 | "saturation threshold value"<br><br>(Claims 1-3, 5-15, 17) | Plain and ordinary meaning, e.g., not indefinite and no further construction necessary. | Percentage representing the loading at which the operator considers the service saturated. |

**B. '262 Patent**

| Term No. | Claim Term/Phrase | NovaCloud's Proposed Construction | IBM's Proposed Construction |
|---|---|---|---|
| 4 | "host"<br><br>(Claims 1-17) | Plain and ordinary meaning, e.g., not indefinite and no further construction necessary. | Single physical machine including all its software. |
| 5 | "resource frame of an application"<br><br>(Claims 1-17) | Plain and ordinary meaning, e.g., not indefinite and no further construction necessary. | Representation of an application's resource usage on a single host. |
| 6 | "operations profile of an application"<br><br>(Claims 1-17) | Plain and ordinary meaning, e.g., not indefinite and no further construction necessary. | Representation of an application's resource usage across multiple hosts. |

## III. ANTICIPATED LENGTH OF TIME FOR CLAIM CONSTRUCTION HEARING

The Parties anticipate that 3 hours are necessary for the Claim Construction Hearing.

## IV. WITNESSES FOR THE CLAIM CONSTRUCTION HEARING

The Parties do not anticipate calling any witnesses at the claim construction hearing at this time.

## V. OTHER ISSUES FOR A PREHEARING CONFERENCE

The Parties do not anticipate addressing any other issues at a prehearing conference at this time.

Dated: July 31, 2026

*/s/ Kevin L. Burgess*

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@McKoolSmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9002
Facsimile: (903) 923-9099

John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
Stone A. Martin
Texas State Bar No. 24143713
smartin@McKoolSmith.com
Rania Khamees
Texas State Bar No. 24149673
rkhamees@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Nicholas M. Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Casey Shomaker
Texas State Bar No. 24110359
cshomaker@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

*/s/ Brian A. Rosenthal*

Brian A. Rosenthal
Laura Corbin (*pro hac vice*)
Charles M. Sim
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
Email: brosenthal@gibsondunn.com
Email: lcorbin@gibsondunn.com
Email: csim@gibsondunn.com

Mark Reiter
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3360
Facsimile: 214.571.2900
Email: mreiter@gibsondunn.com

Jaysen S. Chung
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306
Email: jschung@gibsondunn.com

Hannah L. Bedard (pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, NW
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.831.6106
Email: hbedard@gibsondunn.com

Clara Bourget (Pro Hac Vice)
cbourget@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Michael E. Catapano
New York State Bar No. 5933700
mcatapano@McKoolSmith.com
Mariel Talmage
New York State Bar No. 5948831
mtalmage@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

*Attorneys for Plaintiff*
*NovaCloud Licensing, LLC*

Melissa Smith
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant, International Business Machines Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 31, 2026.

/s/ *Kevin Burgess*
Kevin Burgess