**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NOVACLOUD LICENSING, LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:25-cv-00700-JRG-RSP |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is Defendant's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6). **Dkt. No. 25**. Plaintiff has since amended its complaint (*See* Dkt. No. 34). Defendant filed a new Motion to Dismiss and raised the same grounds for dismissal (*See* Dkt. No. 48). In light of these developments, the Court finds that Defendant's original Motion to Dismiss (Dkt. No. 25) is **MOOT**.

**SIGNED this 21st day of September, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE