**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NOVACLOUD LICENSING, LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:25-cv-00700-JRG-RSP |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Defendant previously filed a Motion to Dismiss. (Dkt. No. 48.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 92), recommending granting in part Defendant's Motion to Dismiss. Defendant has now filed Objections (Dkt. No. 96), with no response filed.

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss (Dkt. No. 48) is **DENIED** with respect to § 101 and **GRANTED** with respect to pre-suit willfulness and induced infringement.

**So Ordered this**

**Sep 29, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE