**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NOVACLOUD LICENSING, LLC,<br>*Plaintiff*,<br>v.<br>INTERNATIONAL BUSINESS MACHINES CORP.,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00700-JRG-RSP |

**ORDER**

Previously, the Court appointed David Keyzer as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Keyzer's invoice for services through October 1, 2026, in the amount of $38,867.88 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $19,433.94 |
| Defendant: | $19,433.94 |

**SIGNED this 5th day of October, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE